UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　CASE NO. 14 B 29806
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

Isaac Thomas

　　　　　　　　　　　　　　　　　　　　　　　JUDGE CAROL A DOYLE

　　　DEBTOR　　　　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 33 | ARRS 4918 8058 S WABASH | $0.00 | $1,364.66 | $1,364.66 |
| Total Amount Paid by Trustee |  |  |  |  | $1,364.66 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit　　　　**X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-29806-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 24th day of July, 2015.

Debtor:
Isaac Thomas
8103 S Wabash Ave
Chicago, IL  60619

Attorney:
LORRAINE M GREENBERG
150 N MICHIGAN AVE # 800
CHICAGO, IL  60601
via Clerk's ECF noticing procedures

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL  33416

Mortgage Creditor:
City Ntl Bk/Ocwen Loan Service
12650 Ingenuity Dr
Orlando, FL  32826

Mortgage Creditor:
OCWEN LOAN SERVICING LLC
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
URBAN PARTNERSHIP BANK
% CHUHAK & TECSON
30 S WACKER DR #2600
CHICAGO, IL  60606

Mortgage Creditor:
US BANK NA
% PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  July 24, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603