**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Isaac Thomas | No. 14-29806 |
| Debtor | Hon. Carol A. Doyle |

### RESPONSE TO NOTICE OF FINAL CURE (DOC #64)

RMBS REO Holdings LLC, files this, its Response to Notice of Final Cure:

RMBS REO Holdings LLC agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) that the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

Submitted by:

_____/s/ Ross T. Brand_____
Attorney for RMBS REO Holdings LLC

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300
Chicago, IL 60601
312-236-0077