# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** | ) | No. 14-29806 |
| | ) | |
| **Isaac Thomas,** | ) | Chapter 13 |
| | ) | |
| **Debtor.** | ) | Judge Carol A. Doyle |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **August 5, 2015**, we filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, **Urban Partnership Bank's Response to Notice of Final Cure (Doc #63)**, a true and correct copy of which is attached hereto and hereby served upon you.

*/s/ Sachin P. Shah*
Sachin P. Shah

## AFFIDAVIT OF SERVICE

I, Sachin P. Shah, an attorney, certify that I served the foregoing by mailing a copy of it to the persons identified above and depositing the same in the United States Mail at 30 S. Wacker, Chicago, Illinois on August 5, 2015 with proper postage prepaid or ECF.

*/s/ Sachin P. Shah*
Sachin P. Shah

Sachin P. Shah (ARDC# 6298690)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 444-9300

# SERVICE LIST

*Debtor*
Isaac Thomas
8103 S. Wabash Avenue
Chicago, IL 60619

*Represented by:*
Lorraine M. Greenberg
150 N. Michigan Avenue, Suite 800
Chicago, IL 60601

*Trustee*
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

*U.S. Trustee*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
312-886-5785